IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-00688-WDM-CBS

HOWARD A. GOSMAN,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant(s).

---

**ORDER**

---

This matter is before me on Defendant's Motion to Exclude Opinion Testimony of Paula vonLindern (doc #45).  This motion antedates my March 22, 2007 Order on Motion for Summary Judgment and does not take into account the dismissal of all plaintiff's claims except that based upon the alleged bad faith denial of plaintiff's under insured motorists coverage. As a consequence, much of the argument submitted by the parties appears no longer pertinent.  Defendant has also now filed a second motion for summary judgment.

Under these circumstances, it would be a more efficient use of this Court's limited resources to deny defendant's motion to exclude without prejudice to defendant refiling a more focused motion taking into account prior rulings.  Given that the scheduled trial date is more than ten months distant, the parties should advise whether a *Daubert* hearing would be appropriate if defendant refiles its motion.

Accordingly, Defendant's Motion to Exclude Opinion Testimony of Paula vonLindern is denied without prejudice to refiling consistent with this order.

DATED at Denver, Colorado, on September 21, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge